UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

CIVIL MINUTES--GENERAL

Case No. CV 07-5409 CAS (AJWx)          Date: September 19, 2008

Title: <u>KENNETH JOHN LODGE, et al. v. U.S. HOME SYSTEMS, INC., et al.</u>

================================================================

PRESENT:    **HON. <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

| Ysela Benavides | |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                                  None Present


**ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES 1-6 BY DEFENDANT U.S. REMODELS, INC.**

The motion is **granted**. Defendant's responses contain no facts whatsoever. Defendant must serve supplemental responses either (1) providing the responsive facts it has or (2) stating that it has no responsive facts. The supplemental responses must be served within 14 days. Defendant, of course, may invoke Fed. R. Civ. P. 33(d) to the extent appropriate, and is not required to disclose privileged communications or material exempted from discovery by Fed. R. Civ. P. 26(b)(3).

**IT IS SO ORDERED.**

cc: Parties


                                                                    YB
MINUTES FORM 11                            Initials of Deputy Clerk_____
CIVIL-GEN