```
                   UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION


                       CIVIL MINUTES--GENERAL
```

Case No. CV 07-5409 CAS (AJWx)            Date: September 19, 2008

Title: <u>KENNETH JOHN LODGE, et al. v. U.S. HOME SYSTEMS, INC., et al.</u>

==================================================================

PRESENT:     **HON.  ANDREW J. WISTRICH, MAGISTRATE JUDGE**

         <u>     Ysela Benavides     </u>           <u>                        </u>
                Deputy Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:
         None Present                              None Present


**ORDER REGARDING PLAINTIFFS' MOTION DETERMINING THE SUFFICIENCY OF DEFENDANT U.S. REMODERLERS, INC.'S RESPONSES TO REQUESTS FOR ADMISSION 2-5**

As to requests 2, 3, and 4, the motion is **granted.** Defendant's responses fail to fairly meet the substance of those requests because they do not clearly indicate whether or not defendant admits that a difference between the contract price and the target price resulting from "under-measurement" (request 2), "arithmetic mistake" (request 3), or "simple negligence" (request 4) was the predicate for a subtraction made in the course of calculating commissions. Defendant must serve supplemental responses to these requests within 14 days.

As to request 5, the motion is **denied.**

**IT IS SO ORDERED.**

cc:  Parties




                                                               YB
MINUTES FORM 11                            Initials of Deputy Clerk_____
CIVIL-GEN

1