Alfred J. Landegger, Esq. – State Bar No. 84419
alfred@landeggeresq.com
Michael S. Lavenant, Esq. – State Bar No. 198765
michael@landeggeresq.com
Oscar E. Rivas, Esq. - State Bar No. 211510
oscar@landeggeresq.com
LANDEGGER, BARON & LAVENANT
A Law Corporation
15760 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone:   (818) 986-7561
Facsimile:    (818) 986-5147

Attorneys for Defendants
U.S. Remodelers, Inc. and U.S. Home Systems, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JOHN LODGE and JUDSON LERTZMAN, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>   vs.<br><br>U.S. REMODELERS, INC., a corporation, U.S. HOME SYSTEMS, INC., a corporation, et al.,<br><br>             Defendants. | CASE NO.:CV07-05409 CAS (AJWx)<br><br>**PROTECTIVE ORDER** |

IT IS HEREBY ORDERED THAT pursuant to the Joint Stipulation entered into between the parties on August 29, 2008:

///

---

**1**
**PROTECTIVE ORDER**

Subject to a more detailed and comprehensive Protective Order that will be prepared and filed with this Court, Defendants have produced the following two (2) files to counsel for Plaintiffs:

(1)　Lois, Hardwood (K) 6105247, 1053 Belleza Str., Camarillo, CA 93012, (805)384-9027 ("Hardwood File"); and,

(2)　Garnette Holmes (K) 6104645, 6234 Leisure Village Dr., Camarillo, CA 93012, 805/482-4979, 3265 Lertzman ("Holmes File").

**A.　Scope of Order.**

1.　The production of the Hardwood File and the Holmes File contain personal financial information, proprietary information of the Defendants, and other sensitive commercial information. This Protective Order shall govern the pretrial designation, use and handling of documents, deposition testimony and related information of the Hardwood File and the Holmes File (collectively, the "Material").

2.　The provisions of this Protective Order shall apply to plaintiffs, Kenneth John Lodge and Judson Lertzman, individually and on behalf of all others similarly situated ("Plaintiffs"), and defendants, U.S. Remodelers, Inc. and U.S. Home Systems, Inc. ("Defendants"), who are the parties to this action, and any non-party who agrees in writing to be bound by the terms of this

Protective Order.

### B.  Use of the Material.

3.  The parties, and all people or entities subject to this Protective Order, must not use the Material for any purpose whatsoever other than in preparation for and in trial of the above-captioned proceeding or any appeals thereof unless specific, written authorization is provided by the Producing Party.  Plaintiffs counsel specifically agrees that production of the Holmes File and the Hardwood File is for review purposes only; and specifically agree that they will not make any copies of the Holmes File and the Hardwood File without the express written permission of Defendants' counsel.

### C.  Return of the Material (Hardwood File and Holmes File).

4.  Unless the parties agree to a more comprehensive Protective Order with a different return date, the Plaintiffs agree to return the all of the Material (the Hardwood File and the Holmes File) to counsel for Defendants by October 29, 2008.

5.  This Protective Order shall survive the termination of this litigation and the Court shall retain continuing jurisdiction to enforce its terms.

Dated: October 3, 2008

By: _____
JUDGE ANDREW WISTRICH