HELMER • FRIEDMAN, LLP
GREGORY D. HELMER, ESQ. – STATE BAR NO. 150184
GHELMER@HELMERFRIEDMAN.COM
ANDREW H. FRIEDMAN, ESQ. – STATE BAR NO. 153166
AFRIEDMAN@HELMERFRIEDMAN.COM
723 OCEAN FRONT WALK
VENICE, CALIFORNIA 90291
TEL.: 310.396.7714 - FAX:   310.396.9215

ATTORNEYS FOR PLAINTIFFS KENNETH JOHN LODGE, JUDSON LERTZMAN, BARBARA GALARO AND MICHAEL HOPKINS AND THE PROPOSED CLASSES

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| KENNETH JOHN LODGE, JUDSON LERTZMAN, BARBARA GALARO AND MICHAEL HOPKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. REMODELERS, INC., a corporation, U.S. HOME SYSTEMS, INC., a corporation, and DOES 1 through 75, inclusive,<br>Defendants. | CASE NO.:CV07-05409 CAS (AJWx)<br><br>*[Honorable Judge Christina A. Snyder]*<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF: (1) ATTORNEYS' FEES AND COSTS; AND (2) CLASS REPRESENTATIVE ENHANCEMENTS**<br><br>**DATE: NOVEMBER 30, 2009**<br>**TIME: 10:00 A.M.**<br>**JUDGE: THE HON. CHRISTINA A. SNYDER**<br>**COURTROOM: 5** |

**TO DEFENDANTS U.S. REMODELERS, INC. AND U.S. HOME SYSTEMS, INC., THEIR COUNSEL OF RECORD (ALFRED J. LANDEGGER, MICHAEL S. LAVENANT AND OSCAR E. RIVAS OF LANDEGGER, BARON, LAVENANT & INGBER) AND THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that on Monday, November 30, 2009 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of the United States District Court for the Central District of California – Western Division – located at 312 N. Spring Street, Los Angeles, California 90012 (the Honorable Christina A. Snyder presiding), Plaintiffs and Proposed Class Representatives Kenneth John Lodge, Judson Lertzman, Barbara Galaro and Michael Hopkins will, and hereby do, move for an Order (1) approving the requested award of attorneys' fees, (2) approving the requested award of litigation expenses, and (3) approving the requested enhancement payment to the class representatives.

This Motion will be made pursuant to Rule 23 of the Federal Rules of Civil Procedure, Local Rule 23, and the Court's inherent power to supervise class action litigation and the settlement of class action cases, on the ground that, after several years of protracted and heavily fought litigation, the parties have reached a proposed settlement which Plaintiffs/proposed Class Representatives and their counsel believe provides fair, just and reasonable compensation to members of the proposed class.

This Motion is based on the Memorandum of Points and Authorities, the Declaration of Andrew H. Friedman and the exhibits attached thereto, the Declaration Alejandra Zarate, all of which are filed concurrently herewith, the [Proposed] Order and all other records and paper on file in this action.

1

NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND ENHANCEMENTS

**STATEMENT OF RELIEF SOUGHT (L.R. 7-4)**

Named Plaintiffs and proposed Class Representatives seek an Order: (1) approving the requested award of attorneys' fees, (2) approving the requested award of litigation expenses, and (3) approving the requested enhancement payment to the class representatives.

Date: November 16, 2009

HELMER • FRIEDMAN, LLP

/s/ *Andrew H. Friedman*
_____
ANDREW H. FRIEDMAN, P.C.
ATTORNEYS FOR PLAINTIFFS KENNETH JOHN LODGE, JUDSON LERTZMAN, BARBARA GALARO AND MICHAEL HOPKINS AND THE PROPOSED CLASSES