UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5409-CAS(AJWx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | *KENNETH JOHN LODGE, ET AL. v U.S. REMODELER, INC., ET AL.,* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Karen Park | Sandra Becerra | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Andrew Freidman | Michael Lavenant |
| Gregory Helmer | Oscar Rivas |

**Proceedings:** Plaintiffs' Motion for Final Approval of Class Action Settlement (Filed 11/16/09); and

Plaintiffs' Motion for Approval of: (1) Attorneys' Fees and Costs; and (2) Class Representative Enhancements (Filed 11/16/09)

    Hearing held and counsel are present. The Court confers with counsel and grants Plaintiffs' Motion for Final Approval of Class Action Settlement (filed 11/16/09) and Plaintiffs' Motion for Approval of: (1) Attorneys' Fees and Costs; and (2) Class Representative Enhancements (filed 11/16/09).

    The Court will issue orders forthwith.

|  |  | 00 | : | 02 |
|---|---|---|---|---|
|  | Initials of Preparer | | | KPA |